# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR71** |
| vs. ) | |
| ) | **ORDER** |
| **CAESAR CASTELLANOS,** ) | |
| ) | |
| **Defendant.** ) | |

To date, the defendant has retained three attorneys. Now pending before the court is a Motion to Withdraw filed by attorney Michael Bianchi "on behalf of" attorney Gregory Abboud, due to the recent appearance of attorney El-Kasaby. The court is unaware of any professional association or attorney-client relationship between Messrs. Bianchi and Abboud. For that reason,

**IT IS ORDERED** that the Motion to Withdraw [18] is denied without prejudice to Mr. Abboud filing such a motion on his own behalf.

**DATED December 27, 2007.**

                                                        **BY THE COURT:**

                                                        **s/ F.A. Gossett**
                                                        **United States Magistrate Judge**