IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR71** |
| vs. | ) | |
| | ) | **ORDER** |
| **CESAR CASTELLANSO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [23] of Greg Abboud for leave to withdraw as counsel for the defendant. Substitute counsel, Bassel El-Kasaby, has entered an entry of appearance [17].

**IT IS ORDERED:**

1.   The Motion to Withdraw [23] is granted, and the appearance of Greg Abboud is hereby deemed withdrawn.

**DATED January 9, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**